## Commonwealth *v.* Jaynes, Appellant.

Argued April 11, 1972. Before WRIGHT, P. J., WATKINS, JACOBS, HOFFMAN, SPAULDING, CERCONE, and PACKEL, JJ.

*Zeno Fritz,* for appellant.

*Henry A. Martin,* Assistant District Attorney, with him *John N. Scales,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 15, 1972:

A new support hearing, stenographically reported, is necessary because the court below in violation of the Act of May 1, 1907, P. L. 135, §2, as amended, 17 P.S. §1802, had refused the request of counsel for the defendant-appellant that the testimony of the hearing be transcribed. *Commonwealth ex rel. Hollinger v. Shaeffer,* 196 Pa. Superior Ct. 301, 175 A. 2d 114 (1961).

Remanded for a new hearing.